UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| UNITED STATES OF AMERICA | : | Case No.: 1:22CR15 |
| --- | --- | --- |
| | : | |
| v. | : | Violations: |
| | : | 18 U.S.C. § 111 |
| MICHAEL AARON SELVIDGE | : | |

## INFORMATION

### COUNT ONE

The United States Attorney charges that:

1. On or about January 16, 2022, at the Western Virginia Regional Jail in Salem, Virginia, MICHAEL AARON SELVIDGE forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with C.C., a person designated in Section 1114 of Title 18 of the United States Code, while C.C. was engaged in, and on account of, the performance of C.C.'s official duties, and in doing so inflicted bodily injury on C.C.

2. All in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

Date: April 14, 2022

_Whitney D. Pierce_ for
CHRISTOPHER R. KAVANAUGH
United States Attorney

USAO No.: 2022R00053                    1